# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **WILBUR LEE ELLISON,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| vs. | ) Case No. 1:08-CV-01220-VEH-HGD |
| | ) |
| **MARTY BLACK, et al.,** | ) |
| | ) |
| **Defendants** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 25, 2009, recommending that this action filed pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. The plaintiff filed objections to the report and recommendation on April 15, 2009.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint

is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

    **DONE** this the 21stday of May, 2009.

                              **VIRGINIA EMERSON HOPKINS**
                              United States District Judge